✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern      DISTRICT OF      New York

Jason J. Purcell

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:      1:07-cv-834

CSX Transportation, Inc.

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that on June 19, 2009 the jury found contributory negligence, finding the Plaintiff 32% liable and the Defendant 68 % liable, for an injury sustained by the Plaintiff and awarded damages as follows:

Lost Wages: $4,895.00

Lost Future Wages: $4,020.00

Pain and Suffering from date of accident to present: $303,585.00

Future Pain and Suffering: $0

After reduction for comparative negligence: $100,000.00

On July 10, 2009 the Plaintiff filed a motion for a new trial.
Pursuant to a memorandum-decision and order, issued June 21, 2010, the Court found that the jury verdict was not irreconcilable and not against the weight of the evidence, denying Plaintiff's motion for a new trial.

All of the above pursuant to a jury verdict rendered on June 19, 2009 and an order issued by the Hon. Frederick J. Scullin, Jr. on June 21, 2010.

| | |
|---|---|
| June 21, 2010 | Lawrence K. Baerman |
| Date | Clerk |
| | |
| | (By) Deputy Clerk |
| | s/Barbara J. Woodford |